In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00354-CR
_____

FREDDIE LEE WEATHERSBY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 16-24000

MEMORANDUM OPINION

On August 9, 2016, the trial court sentenced Freddie Lee Weathersby[1] on a conviction for possession of a controlled substance. Weathersby filed a notice of appeal on September 28, 2016. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-

---

[1]In the Notice of Filing Notice of Appeal form from the District Clerk, appellant is identified as "Freddie Lee Weathersby [a/k/a] Freddie Lee Weatherby[.]"

1

bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On September 30, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on November 1, 2016
Opinion Delivered November 2, 2016
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.